```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01976
   JEFFREY A MARCUS
   PATRICIA A MARCUS                         CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5532    SSN XXX-XX-1186

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/20/2007 and was confirmed 05/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was converted to chapter 7 after confirmation 07/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
MCGUIRE WOODS LLP          ADMINISTRATIV NOT FILED            .00            .00
HOMECOMINGS FINANCIAL      CURRENT MORTG      .00             .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE   822.93             .00         822.93
PREMIER CREDIT UNION       CURRENT MORTG      .00             .00            .00
GMAC                       SECURED VEHIC  6314.00             .00        5444.72
GMAC                       SECURED VEHIC 12382.00          387.34        2631.17
AT & T WIRELESS            UNSECURED     NOT FILED            .00            .00
ASPIRE                     UNSECURED       1658.14            .00            .00
CAPITAL ONE BANK           UNSECURED     NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED     NOT FILED            .00            .00
CITIFINANCIAL              UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       2518.91            .00            .00
FIRST PREMIER BANK         UNSECURED     NOT FILED            .00            .00
GE MONEY BANK              UNSECURED       7992.24            .00            .00
HFC                        UNSECURED     NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       3014.53            .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY   NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        563.67            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        449.49            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        424.87            .00            .00
FREEDMAN ANSELMO LINBERG   NOTICE ONLY   NOT FILED            .00            .00
GEMB LOWES                 UNSECURED     NOT FILED            .00            .00
PREMIER CREDIT UNION       UNSECURED     NOT FILED            .00            .00
TOWNSHIP HIGH SCHOOL DIS   NOTICE ONLY   NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       1576.18            .00            .00
WELLS FARGO FINANCIAL      UNSECURED     NOT FILED            .00            .00
PREMIER CREDIT UNION       SECURED         4762.00         592.26         711.12
GE CONSUMER FINANCE        UNSECURED          .00             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        9216.64            .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY   NOT FILED            .00            .00
BANK OF NEW YORK           NOTICE ONLY   NOT FILED            .00            .00
COOK COUNTY TREASURER      SECURED         2961.00         503.82         769.09
```

```
COOK COUNTY TREASURER      UNSECURED       NOT FILED            .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        1296.64             .00            .00
PREMIER CREDIT UNION       UNSECURED       12000.85             .00            .00
JAMES M PHILBRICK          NOTICE ONLY     NOT FILED            .00            .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED            .00            .00
KELLEHER & BUCKLEY LLC     DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                          857.55
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             12,720.00

PRIORITY                                         .00
SECURED                                    10,379.03
    INTEREST                                1,483.42
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          857.55
DEBTOR REFUND                                    .00
                   ---------------      ---------------
TOTALS              12,720.00              12,720.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/22/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE